NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**TAYLOR M. SHARPE,**
*Petitioner*

**v.**

**ENVIRONMENTAL PROTECTION AGENCY,**
*Respondent*

---

2015-3143

---

Petition for review of the Merit Systems Protection Board in No. DA-0752-14-0034-I-1.

---

**JUDGMENT**

---

JEFFREY G. LETTS, Trenton, NJ, argued for petitioner.

CORINNE ANNE NIOSI, Commercial Litigation Branch, Civil Division, United States Department of Justice, Washington, DC, argued for respondent. Also represented by BENJAMIN C. MIZER, ROBERT E. KIRSCHMAN, JR., ALLISON KIDD-MILLER.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:


PER CURIAM (O'MALLEY, MAYER, and REYNA, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT


March 14, 2016
Date

/s/ Daniel E. O'Toole
Daniel E. O'Toole
Clerk of Court